1  ARTURO HERNANDEZ-MEL, Attorney at Law
   15 S. 34TH ST.
2  San Jose, California  95116
   Phone  (408) 729-5785
3  Fax      (408) 729-0167
   California Bar No. 108980
4  Email: artlwoff@aol.com

5
   Attorney for GILBERT  BRIAN VILLANUEVA
6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                              EL CENTRO DIVISION
9

10 THE UNITED STATES OF AMERICA,     )   Case No.2:08 MJ- 08653
                                     )
11                     Plaintiff,    )
                                     )   NOTICE OF APPEARANCE
12 vs.                               )
    GILBERT  BRIAN VILLANUEVA        )
13                                   )
                       Defendant.    )
14                                   )
                                     )
15                                   )
                                     )
16 _____)

17 TO:    UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD, CARLA

18        BESSLER , THE ASSISTANT UNITED STATES ATTORNEY, AND TO THE CLERK

19        OF THE ABOVE  ENTITLED COURT AND TO ALL INTERESTED PARTIES IN

20        THIS MATTER:

21 ATTORNEY ARTURO HERNADEZ-M,  hereby enters an appearance on behalf of GILBERT

22 BRIAN VILLANUEVA.

23

24 Date:July 21, 2008                    Respectfully submitted,

25                                       /s/Arturo Hernandez-M

26                                       _____
                                         Arturo Hernandez-M
27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>  )<br>            Plaintiff, )<br>  )<br> vs. )<br>  )<br> GLBERT  BRIAN VILLANUEVA, )<br>  )<br>            Defendant. )<br>  )<br>  )<br>  )<br> _____) | Case No. 2:08 MJ- 08653<br><br>CERTIFICATE OF SERVICE |

   This is to certify that on the 21st day of July, 2008, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

CARLA BRESSLER, AUSA


                                            /s/ Arturo Hernandez

                                            _____
                                            Declarant
                                            Arturo Hernandez-M