```
                                    FILED
                              08 AUG 13 PM 4:08
                              CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA

                              BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

'08 CR 2721 L

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 21, U.S.C., Secs. 952 and |
| GILBERT BRIAN VILLANUEVA, | ) 960 - Importation of Cocaine; |
|  | ) Title 21, U.S.C., Sec. 841(a)(1) - |
| Defendant. | ) Possession of Cocaine with |
|  | ) Intent to Distribute |

The grand jury charges:

### Count 1

On or about July 16, 2008, within the Southern District of California, defendant GILBERT BRIAN VILLANUEVA did knowingly and intentionally import 5 kilograms and more, to wit: approximately 16.38 kilograms (36.03 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CJB:nlv:Imperial
8/11/08

<u>Count 2</u>

On or about July 16, 2008, within the Southern District of California, defendant GILBERT BRIAN VILLANUEVA did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 16.38 kilograms (36.03 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: August 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney